**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    v.

RASAKI WALLACE,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF INTENT
TO FILE AN INFORMATION

07 CRIM. 473

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
       May 21, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

            By: _____
                 Michael M. Rosensft
                 Assistant United States Attorney

AGREED AND CONSENTED TO:

            By: _____
                 Andrew Ceresney, Esq.
                 Attorney for Rasaki Wallace

*[Stamp: Judge Marrero]*

*[Stamp: USDC SDNY DOCUMENT DOC #: _____ DATE FILED: MAY 31 2007]*

5/21/07 WHEEL A