UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :   INFORMATION

       -v.-                         :   07 Cr.

RASAKI WALLACE,                   :

            Defendant.           :   07 CRM 473

- - - - - - - - - - - - - - - - - x



COUNT ONE

The Grand Jury charges:

From at least on or about April 2005 up to and including on or about February 27, 2007, in the Southern District of New York and elsewhere, RASAKI WALLACE, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about April 24, 1997, in New York State Supreme Court, Bronx County, of two counts of Robbery in the First Degree in violation of New York Penal Law 160.15, and one count of Burglary in the First Degree, in violation of New York Penal Law 140.30, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

    (Title 8, United States Code, Sections 1326(a) & (b)(2).)

                                      _____
                                      MICHAEL J. GARCIA
                                      United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**RASAKI WALLACE,**

**Defendant.**

INFORMATION

07 Cr.

(18 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.