UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    -v.-

RASAKI WALLACE,

                Defendant.

- - - - - - - - - - - - - - - - - -x

07 Cr.

07 CRIM. 473

    The above-named defendant, who is accused of violating Title 8, United States Code, Section 1326(a) & (b)(2), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
            May 29, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 29 2007

0202