**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA
against
_Rasaki Wallace_

(Alias) _____

_Please PRINT Clearly_

**07 CRIM 473**

_07 mag 313_
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO: **CLERK OF COURT S.D.N.Y.**

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [X] CJA  2. [ ] RETAINED  3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO  [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO._____ YR. _2005_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE _[signature]_
PRINT THE FOLLOWING INFORMATION CLEARLY
_Eric Meyer appearing for Andrew Ceresney_
Attorney for Defendant
_Debevoise & Plimpton LLP_
Firm name if any
_919 Third Avenue_
Street address
_New York_  _NY_  _10022_
City    State    Zip
_212-909-6760_
Telephone No

MAY 29 2007

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186