UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

RASAKI WALLACE,

Defendant.

07 CR. 473 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Defendant (see attached letter) requests that the conference scheduled for August 3, 2007 be adjourned. The next conference is scheduled for September 28, 2007 at 11:00 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until September 28, 2007.

It is hereby ordered that time is excluded from speedy trial calculations until September 28, 2007. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
2 August 2007

Victor Marrero
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-2-07

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

August 2, 2007

BY FACSIMILE

The Honorable Victor Marrero
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007

<u>United States v. Rasaki Wallace, 07Cr. 473 (VM)</u>

Dear Judge Marrero:

    We represent defendant Rasaki Wallace in this matter. A status conference is presently scheduled for August 3, 2007, at 11 a.m. I write with the consent of the government to request an adjournment of this conference while the parties continue discussions in this matter. This is the first request for an adjournment. From a telephone conversation with your chambers I understand that September 28 at 11am is available. We consent to the exclusion of speedy trial time through that date.

Respectfully submitted,

*[signature]*

Eric D. Meyer

cc:    Assistant United States Attorney Michael Rosensaft

22531159v1

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai