```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :    07 CR. 473 (VM)
                                    :
       - against -                  :    AMENDED ORDER
                                    :
                                    :
RASAKI WALLACE,                     :
                                    :
              Defendant.            :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests that the conference scheduled for September 28, 2007 be adjourned. The next conference is scheduled for December 14, 2007 at 11:00 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until September 28, 2007.

It is hereby ordered that time is excluded from speedy trial calculations until December 14, 2007. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       25 September 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-26-07
```

Victor Marrero
U.S.D.J.