```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :     07 CR. 473 (VM)
                                    :
      - against -                   :     ORDER
                                    :
                                    :
RASAKI WALLACE,                     :
                                    :
              Defendant.            :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests that the conference scheduled for December 14, 2007 be adjourned. The next conference is scheduled for February 15, 2008 at 3:30 p.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until February 15, 2008.

It is hereby ordered that time is excluded from speedy trial calculations until February 15, 2008. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       12 December 2007

                                          Victor Marrero
                                          U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-07

U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 11, 2007

**BY FACSIMILE**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 660
New York, New York 10007

    Re:    United States v. Rasaki Wallace,
               07 Cr. 473 (VM)

Dear Judge Marrero:

    A conference is currently scheduled before Your Honor in the above-referenced case on Friday, December 14th, at 12:00 p.m. The Government respectfully submits this letter, with defense counsel's consent, to request that the conference be adjourned for approximately 60 days to allow the parties to continue discussing a possible disposition in this matter.

    The Government also respectfully requests to exclude time under the Speedy Trial Act throughout this adjournment pursuant to 18 U.S.C. §§ 3161(h)(8)(A) so that the parties can continue their discussions in the hopes of resolving this case prior to trial. Defense counsel consents to the exclusion of time for this purpose.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

               By:    _____
                              Michael M. Rosensaft
                              Assistant U.S. Attorney
                              (212) 637-2366

cc:        Andrew J. Ceresney, Esq.
            Eric D. Meyer, Esq.
            Attorneys for Defendant