```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
UNITED STATES OF AMERICA            :
                                    :    07 CR. 473 (VM)
                                    :
     - against -                    :    ORDER
                                    :
                                    :
RASAKI WALLACE,                     :
                                    :
               Defendant.           :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests that the conference scheduled for February 15, 2008 be adjourned. The next conference is scheduled for March 28, 2008 at 4:30 p.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until March 28, 2008.

It is hereby ordered that time is excluded from speedy trial calculations until March 28, 2008. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       31 January 2008

Victor Marrero
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2008

**BY FACSIMILE**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 660
New York, New York 10007



    Re:   United States v. Rasaki Wallace,
           07 Cr. 473 (VM)

Dear Judge Marrero:

    A conference is currently scheduled before Your Honor in the above-referenced case on Friday, February 15th, at 3:30 p.m. The Government respectfully submits this letter, with defense counsel's consent, to request that the conference be adjourned for approximately 60 days to allow the parties to continue discussing a possible disposition in this matter. Significant progress has been made toward a disposition, and it is anticipated that such a disposition will be reached within this period.

    The Government also respectfully requests to exclude time under the Speedy Trial Act throughout this adjournment pursuant to 18 U.S.C. §§ 3161(h)(8)(A) so that the parties can continue their discussions in the hopes of resolving this case prior to trial. Defense counsel consents to the exclusion of time for this purpose.

                                           Respectfully submitted,

                                           MICHAEL J. GARCIA
                                           United States Attorney

                        By:   *[signature]*
                                           Michael M. Rosensaft
                                           Assistant U.S. Attorney
                                           (212) 637-2366

cc:   Andrew J. Ceresney, Esq.
       Eric D. Meyer, Esq.