```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :    07 CR. 473 (VM)
                                    :
        - against -                 :    ORDER
                                    :
                                    :
RASAKI WALLACE,                     :
                                    :
                Defendant.          :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

The Defendant (see attached letter) requests that the conference scheduled for May 9, 2008 be adjourned. The next conference is scheduled for May 30, 2008 at 4:30 p.m. All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until May 30, 2008.

It is hereby ordered that time is excluded from speedy trial calculations until May 30, 2008. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       8 May 2008

                                          Victor Marrero
                                          U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-08
```

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

May 7, 2008

BY FACSIMILE

The Honorable Victor Marrero
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007

<u>United States v. Rasaki Wallace, 0 7Cr. 473 (VM)</u>

Dear Judge Marrero:

We represent defendant Rasaki Wallace in this matter. A status conference is presently scheduled for May 9, 2008, at 3:30 p.m. I write with the consent of the Government to request an adjournment of this conference for approximately two weeks while the parties continue discussing a possible resolution in this matter. We consent to the exclusion of speedy trial time.

Respectfully submitted,

Eric D. Meyer

cc:    Assistant United States Attorney Michael Rosensaft

22728425v1