```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   07 CR. 473 (VM)
                                    :
        - against -                 :   ORDER
                                    :
                                    :
RASAKI WALLACE,                     :
                                    :
                Defendant.          :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests that the conference scheduled for August 1, 2008 be adjourned. The next conference is scheduled for September 12, 2008 at 11:45 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until September 12, 2008.

It is hereby ordered that time is excluded from speedy trial calculations until September 12, 2008. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       1 August 2008

                                        Victor Marrero
                                        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-08



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 31, 2008

**BY FACSIMILE**
**UNDER SEAL**

Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. Rasaki Wallace
            07 Cr. 473 (VM)

Dear Judge Marrero:

    The Government respectfully writes to request an adjournment of the pretrial conference in this matter scheduled for August 1, 2008 at 3:00 p.m. After discussing the matter with Eric Meyer, Esq., counsel to the defendant, the parties agree that several weeks of additional time will enable the parties to continue discussions regarding a disposition of this case. The parties respectfully request that the pretrial conference be adjourned until September 12, 2008 at 11:45 a.m. Defense counsel consents to the exclusion of time under the Speedy Trial Act until September 12, 2008.

    Thank you for your consideration of this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Michael Q. English
Assistant United States Attorney
(212) 637-2594

cc:    Eric Meyer, Esq. (by fax)
       Fax: 212-909-6836