```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   07 CR. 473 (VM)
       - against -                  :
                                    :   ORDER
                                    :
RASAKI WALLACE,                     :
                                    :
              Defendant.            :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-08

**VICTOR MARRERO, United States District Judge.**

The Defendant (see attached letter) requests that the conference scheduled for September 12, 2008 be adjourned. The next conference is scheduled for at September 19, 2008 at 4:45 p.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until September 19, 2008.

It is hereby ordered that time is excluded from speedy trial calculations until September 19, 2008. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       27 August 2008

                                        Victor Marrero
                                        U.S.D.J.

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

August 26, 2008

BY FACSIMILE

The Honorable Victor Marrero
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007

United States v. Rasaki Wallace, 07 Cr. 473 (VM)

Dear Judge Marrero:

    We represent defendant Rasaki Wallace in this matter. A pretrial conference is presently scheduled for September 12, 2008, at 11:45 a.m. I write with the consent of the government to request a brief adjournment of this conference due to an unforeseen scheduling conflict. From a telephone conversation with your chambers we understand that September 19, 2008 at 4:45 p.m. is available, and we respectfully request an adjournment of the conference to that date and time. We consent to the exclusion of speedy trial time through that date.

Respectfully submitted,

Eric D. Meyer

cc:    Assistant United States Attorney Michael English

22804933v1

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai